# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PATHNET OPERATING, INC., | ) | Case No. 01-12266-SSM |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |
| GORDON P. PEYTON, CHAPTER 7 TRUSTEE FOR PATHNET OPERATING, INC., | ) | |
| | ) | Adv. Proc. No. 03-1149 |
| Plaintiff, | ) | |
| v. | ) | |
| BUTCH MAKI & ASSOCIATES | ) | |
| Defendant. | ) | |

## ENTRY OF DEFAULT

The Default of Defendant Butch Maki & Associates is hereby entered.

Dated this __4th__ day of ____August_____, 2003.

                                                                    /s/ Rachel Swinton
                                                                 Clerk, U.S. Bankruptcy Court

I ask for this:

/s/ J. David Folds_____
J. David Folds
Counsel for Plaintiff

John G. McJunkin, VSB # 31011
J. David Folds, VSB # 44068
Piper Rudnick LLP
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
(703) 773-4155 – Telephone
(703) 773-5035 – Facsimile