# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **PATHNET OPERATING, INC.** | ) | **Case Nos. 01-12266-SSM** |
| | ) | **Chapter 7** |
| **Debtor.** | ) | |
| | ) | |
| | ) | |
| **GORDON P. PEYTON, CHAPTER 7** | ) | |
| **TRUSTEE FOR PATHNET OPERATING, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Adv. Pro. No. 03-1149** |
| v. | ) | |
| | ) | |
| **BUTCH MAKI & ASSOCIATES** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## CERTIFICATE OF DISCOVERY

I hereby certify that, on September 2, 2003, a copy of Plaintiff's First Set of Requests for Production of Documents and Interrogatories to Defendant were provided to counsel for Defendant by facsimile and by regular mail to:

> Thomas G. Rice
> 201 3rd Street, NW
> Suite 1600
> Albuquerque, NM 87102

John G. McJunkin, VSB # 31011
J. David Folds, VSB # 44068
Piper Rudnick LLP
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
(703) 773-4155 – Telephone
(703) 773-5035 – Facsimile

Respectfully submitted,

PIPER RUDNICK LLP


/s/ J. David Folds
J. David Folds VSB # 44068
1775 Wiehle Avenue, Ste. 400
Reston, VA 20190
(703) 773-4155

Counsel for Plaintiff


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served, electronically, as available, this 9th day of September, 2003, upon:

> Thomas G. Rice
> 201 3rd Street, NW
> Suite 1600
> Albuquerque, NM 87102

/s/ J. David Folds
J. David Folds