# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PATHNET OPERATING, INC., | ) | Case No. 01-12266-SSM |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |
| GORDON P. PEYTON, CHAPTER 7 TRUSTEE FOR PATHNET OPERATING, INC., | ) ) ) | |
| | ) | Adv. Proc. No. 03-1149 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BUTCH MAKI & ASSOCIATES | ) | |
| | ) | |
| Defendant. | ) ) | |

## NOTICE OF DISMISSAL

Gordon P. Peyton, Chapter 7 Trustee for Pathnet Operating, Inc., by and through the undersigned counsel, hereby dismisses, with prejudice, the Complaint against Butch Maki & Associates, in this adversary proceeding pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), as incorporated herein by Federal Rule of Bankruptcy Procedure 7041.

| | |
|---|---|
| Reston, Virginia<br>January 9, 2004 | **Gordon P. Peyton, Chapter 7**<br>**Trustee for Pathnet Operating, Inc.** |
| | By:  /s/ J. David Folds<br>      J. David Folds |

John G. McJunkin, Esq., VSB #31011
Caroline E. Petro, VSB #30220
J. David Folds, Esq., VSB #44068
Piper Rudnick LLP
1200 Nineteenth Street, NW
Washington, DC  20036
Telephone: (202) 861-3900
Facsimile:  (202) 223-2085

**Counsel to Gordon P. Peyton,
Chapter 7 Trustee for Pathnet Operating, Inc.**

John G. McJunkin, VSB # 31011
J. David Folds, VSB # 44068
Piper Rudnick LLP
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
(703) 773-4155 – Telephone
(703) 773-5035 – Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 9th day of January, 2004 upon:

Thomas G. Rice, Esq.
Thomas G. Rice, P.C.
201 3rd Street, N.W., Ste. 1600
Albuquerque, NM 87102

/s/ J. David Folds
J. David Folds